AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANITA BEALLE**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __November 2, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and as the owner, lessee, and agent of a building, room and enclosure, that is, 602 Morton Street, N.W., 33, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 856(a)(2)__.

I further state that I am __INVESTIGATOR STEVEN MANLEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**INVESTIGATOR STEVEN MANLEY**
**NARCOTICS & SPECIAL**
**INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____     at     __Washington, D.C.__
Date                                             City and State

_____            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**STATEMENT OF FACTS**

       On November 2, 2007, sworn members of the Metropolitan Police Department executed a D.C. Superior Court search warrant at xxx Xxxxxx Xxxxxx, X.X., xxx, Washington, D.C.  Upon gaining entry the defendant, Anita Bealle, was located in one of the bedrooms in the apartment.  A search of the premises revealed a clear plastic bag containing five knotted plastic bundles, each containing a rock-like substance, another clear plastic bag containing a rock-like substance, packaging material, a scale, a large plastic ziplock containing a white powder residue, personal papers in the name of Anita Bealle, a phone book, and a cell phone.  A portion of the rock-like substance field tested positive for cocaine base, and the powder residue field tested positive cocaine hydrochloride.  The approximate weight of the rock-like substance was 56 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others  rather than used exclusively by the defendant.  Officers later learned that the defendant was the lessee of the apartment.


_____
OFFICER STEVEN MANLEY
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF NOVEMBER, 2007.


_____
U.S. MAGISTRATE JUDGE