UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANITA BEALLE )<br>) | Crim. No. 1:07-mj-531(AK) |

**DEFENDANT'S MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Anita Bealle, through undersigned counsel, respectfully moves the Court to exclude forty five days from the Speedy Trial Act allowing her to continue negotiations with the government to resolve her case through a plea agreement.

In support of the Motion, undersigned states:

1. Ms. Bealle appeared before the Court on November 5, 2007 for her initial appearance pursuant to a criminal complaint charging her with Possession with Intent to Distribute Cocaine Base and Maintaining a drug involved premises in violation of 21 U.S.C. § 1841(a)(1) and 856(a)(2). After advising Ms. Bealle of her rights, the Court granted the government's request for temporary detention pursuant to 18 U.S.C. 3142(f)(1)©. The Court scheduled a consolidated preliminary and detention hearing for November 8, 2007. On November 8, 2007, the parties requested to continue the consolidated hearing to November 15, 2007

2. On the November 15, 2007 hearing the Government called Metropolitan Police Investigator Steven Manley. The defense did not call any witnesses. At the conclusion of the hearing the Court made a finding that the government had satisfied its burden of proving by probable

cause that Ms. Bealle was involved in the charged offenses. On the issue of detention, the Court granted the defendant's request to place her in a halfway house. Ms. Bealle is currently awaiting placement in a halfway house.

3.  Undersigned counsel, moves the Court to exclude forty-five (45) days from the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(1)(I). Counsel for Ms. Bealle is requesting the exclusion of time in order to continue discussions with the government over resolving this matter through a pre-indictment plea. Ms. Bealle has agreed to the continuance and the exclusion of time under the Speedy Trial Act. The exclusion of the forty-five days best serves the ends of justice and outweigh the interests of the public. The exclusion of time serves Ms. Bealle's interest in securing a more favorable disposition since she is facing a mandatory minimum term of ten years of incarceration. Ms. Bealle acknowledges that by agreeing to the instant Motion to Exclude Time under the Speedy Trial she will allow the government an additional forty five days to obtain an indictment against her.

4.  Undersigned Counsel has been spoken with Assistant United States Attorney, Gregory Marshall, and he does not object to the exclusion of forty-five days from the Speedy Trial Act.

Wherefore, Ms. Bealle respectfully requests the Court to grant her Motion to Exclude Forty Five days from the Speedy Trial Act, retroactively or Nun Pro Tunc from November 15, 2007, the date of the preliminary and detention hearing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 1:07-mj-531(AK) |
| v. | ) ) ) |  |
| ANITA BEALLE | ) ) ) |  |

**ORDER**

Upon consideration of the defendant's Motion to Exclude Time under the Speedy Trial Act and good cause having been shown, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that a total of forty five (45) days is excluded Nun Pro Tunc as of November 15, 2007, because the Court finds that ends of justice outweigh the best interest of the public and the defendant in granting the continuance and exclusion of time.

**SO ORDERED**

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Gregory Marshall
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530