UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-531-M-01 (AK) |
| v. : | |
| : | |
| ANITA BEALLE, : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Gregory G. Marshall, who will substitute for AUSA Angela George as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/s/
By: _____
GREGORY G. MARSHALL
Assistant United States Attorney
CT Bar No. 409959
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
(202) 353-7557
gregory.marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon defense counsel, Carlos Vanegas, Esquire, this 26th day of November, 2007.

/s/
_____
GREGORY G. MARSHALL
Assistant United States Attorney